UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

VS.    CR. NO. 08-221

SHEILA JONES
    Defendant

FILED
AUG - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### WAIVER OF INDICTMENT

I, **SHEILA JONES** the above named defendant, who is accused of **FALSE STATEMENT TO DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT** being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
DEFENDANT

_____
DEFENSE COUNSEL

_____
BEFORE
JUDICIAL OFFICER

AO 455 (Rev.5/85) Waiver of Indictment