**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

AUG - 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES
      Plaintiff,

  vs.

SHEILA JONES
    Defendant.

Criminal No. 08-221 (EGS)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the
approval of the Court, the defendant waives his right to trial by
jury.

_____
Defendant

_____
Counsel for Defendant

I Consent:

_____
United States Attorney

Approved:

_____
Judicial Officer

CO-526 (12/86)