U.S. Department of Justice
U.S. Attorneys

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

v.

SHEILA JONES

Case No. 08-221 (ESG)

**FILED**
AUG - 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>O R D E R</u>

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case;

2. It is this ___5th___ day of ___August 2008_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on __or after 8/5/08__ by __FBI Special Agents Andrew Sekela & Julie Shields__ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to __FBI Washington Field Office__ _____ for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of __Special Agents Sekela & Shields__ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

Judge (U.S. Magistrate) Emmet G. Sullivan